```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION

                             -  -  -

UNITED STATES OF AMERICA,

            Plaintiff,

   v.                                    Case No. 19-20821

D-1, HUSSEIN ABDALLAH, D-3,
DANIEL HAIDAR, D-6, BASSEM
FARHAT, D-7, HUSSEIN WAZNE, D-10,
SUZAN BERRO,

            Defendants.
_____/
```

**PRETRIAL CONFERENCE**
**BEFORE THE HONORABLE NANCY G. EDMUNDS**

United States District Judge
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan
Monday, June 13, 2022

APPEARANCES:

For the Plaintiff:        Ryan A. Particka
                          UNITED STATES ATTORNEYS OFFICE
                          211 W. Fort Street, Suite 2001
                          Detroit, Michigan  48226
                          (313) 226-9635


For the Defendant:        Robert M. Morgan
(Abdallah)                14290 Northline Road
                          Southgate, Michigan  48195
                          (313) 961-7070


*To obtain a copy of this official transcript, contact:*
*Sheila D. Rice  Official Court Reporter*
*(313) 234-2610 • sheila_rice@mied.uscourts.gov*

```
 1    APPEARANCES:   (Continued)

 2    For the Defendant:      Patrick J. Hurford
      (Farhat)                PATRICK J. HURFORD, PLLC
 3                            645 Griswold, Suite 1717
                              Detroit, Michigan 48226
 4
      (Berro)                 William W. Swor
 5                            500 Griswold, Suite 2450
                              Detroit, Michigan 48226
 6                            (313) 967-0200

 7    (Haidar)                Doraid B. Elder
                              DORAID B. ELDER, P.C.
 8                            1360 Porter Street, Suite 200
                              Dearborn, Michigan 48124
 9                            (313) 582-5800

10    (Wazne)                 Amir J. Makled
                              HALL MAKLED, P.C.
11                            23756 Michigan Avenue, Suite 100
                              Dearborn, Michigan 48124
12                            (313) 788-8888

13    (Wazne)                 Keith E. Corbett
                              BARONE DEFENSE FIRM
14                            280 N. Old Woodward Avenue, Suite 200
                              Birmingham, Michigan 48009
15                            (248) 594-4554

16

17

18

19

20

21

22

23

24

25
```

```
 1                      TABLE OF CONTENTS

 2   MATTER                                                 PAGE

 3   PRETRIAL CONFERENCE

 4   Proceedings........................................  4

 5   Certificate of Court Reporter...................... 11

 6
     EXHIBITS:
 7
      None marked
 8
```

1   Detroit, Michigan

2   Monday, June 13, 2022

3   11:21 a.m.

4                              -   -   -

5           THE CLERK:  Please rise.  United States District Court
6   for the Eastern District of Michigan is now in session, the
7   Honorable Nancy G. Edmunds presiding.
8           Court calls Case Number 19-20821, United States of
9   America versus Hussein Abdallah.  Sorry if I pronounced it
10  wrong.  This is the date and time set for status conference.
11          Will counsel please state their name for the record.
12          MR. PARTICKA:  Good morning, your Honor.  Ryan
13  Particka on behalf of the United States.
14          THE COURT:  Good morning.
15          MR. CORBETT:  Good morning, your Honor.  Keith Corbett
16  on behalf of Hussein Wazne.
17          THE COURT:  Good morning.
18          MR. SWOR:  Good morning, your Honor.  William Swor on
19  behalf of Suzan Berro.
20          THE COURT:  Good morning.
21          MR. MAKLED:  Good morning, Judge.  Amir Makled also on
22  behalf of Hussein Wazne as co-counsel.
23          THE COURT:  Good morning.
24          MR. ELDER:  Good morning, your Honor.  Doraid Elder
25  here on behalf of Mr. Haidar who is here in the courtroom with

1  us.
2          THE COURT:  Good morning.
3          MR. HURFORD:  Good morning, your Honor.  Patrick
4  Hurford on behalf of Bassem Farhat who is also in court with
5  us.
6          MR. MORGAN:  Good morning, Judge.  Robert Morgan
7  appearing on behalf of Hussein Abdallah.
8          THE COURT:  Good morning.  Be seated, please.  Feel
9  free to stay seated when you're addressing the court.  It's
10 easier to hear you if you use the microphone.  Me, too.
11         This is a pretrial conference, and we just need to set
12 some dates to move this along a bit.  I understand from my case
13 manager that the Government wants an adjournment of 60 to 90
14 days.
15         MR. PARTICKA:  That's correct, your Honor.  My
16 understanding from talking to defense counsel is that at this
17 time I don't believe any of the defendants are seeking trial in
18 this matter.  However, we have one or more outstanding issues
19 for each of the defendants that we're trying to work through.
20 I think we are headed in the direction of negotiated
21 resolutions with everyone.  We just need a little more time to,
22 you know, button up a few things here and there.
23         THE COURT:  So what date do we have set now?
24         MR. PARTICKA:  We have a trial date of June 21st.
25         THE COURT:  So you're looking for a 90-day adjournment

1   of that date?
2            MR. PARTICKA:  We would appreciate that, your Honor.
3            THE COURT:  Any defense counsel have any objection to
4   that?
5            MR. CORBETT:  No, your Honor.
6            MR. HURFORD:  None, your Honor.
7            MR. SWOR:  None, your Honor.
8            MR. ELDER:  No, your Honor.
9            THE CLERK:  September 27 for the trial date.
10           THE COURT:  September 27, is that okay with everyone?
11           MR. SWOR:  Yes, your Honor.
12           MR. CORBETT:  Yes, your Honor.
13           THE COURT:  Do you need any interim date set?
14           MR. PARTICKA:  If we could get a plea cutoff before
15  that so that we have a date that we're working toward.
16           THE COURT:  Sure.  Thirty days before, say August --
17  what's a good date in August?
18           THE CLERK:  We can do August 16th at 10 a.m.
19           THE COURT:  A little later than that, 22nd or ...
20           THE CLERK:  We can do the 22nd at 1:30.
21           MR. PARTICKA:  Thank you, your Honor.
22           THE COURT:  Okay.  Any motions coming, anticipated?
23           MR. CORBETT:  No, your Honor.
24           MR. SWOR:  No, your Honor.
25           MR. ELDER:  No.

```
 1                MR. HURFORD:  No.
 2                THE COURT:  So you don't need any other dates?
 3                MR. PARTICKA:  I don't believe we need any other date.
 4                MR. SWOR:  I'm sorry.  What time?
 5                THE COURT:  1:30.
 6                Is there anything else I can do for anyone today?
 7                MR. PARTICKA:  Not for the Government, your Honor.
 8   Thank you.
 9                MR. CORBETT:  No, thank you, Your Honor.
10                MR. ELDER:  No, thank you, Judge.
11                THE COURT:  Since your clients are here let's do
12   speedy trial waivers on the record.
13                Mr. Corbett, we'll start with you since you're the
14   first one up there.
15                MR. CORBETT:  Your Honor.  Mr. Wazne?
16                DEFENDANT:  Yes, ma'am.
17                MR. CORBETT:  He has no objection.  You can inquire,
18   your Honor.
19                THE COURT:  You understand -- I'm sorry.  First tell
20   me your name again, please?
21                DEFENDANT:  Hussein Wazne.
22                THE COURT:  And do you understand that you have the
23   right under the Speedy Trial Act to go to trial?
24                DEFENDANT:  Yes.
25                THE COURT:  More quickly than we have set the dates in
```

```
 1   this case?
 2          DEFENDANT:  Yes.
 3          THE COURT:  And it's agreeable to you to defer the
 4   trial date until September 27th?
 5          DEFENDANT:  Yes, ma'am.
 6          THE COURT:  So that your counsel can prepare for
 7   trial, if necessary, or work out a resolution in your benefit
 8   -- to your benefit?
 9          DEFENDANT:  Yes, ma'am.
10          THE COURT:  And you waive any right that you have
11   under the Speedy Trial Act to go to trial more quickly?
12          DEFENDANT:  Yes, ma'am.
13          THE COURT:  Okay.  Thank you.
14          Mr. Swor.
15          MR. SWOR:  Would you state your name?
16          DEFENDANT:  Suzan Berro.
17          MR. SWOR:  Can you hear her, your Honor?
18          THE COURT:  Yes.
19          MR. SWOR:  Ms. Berro, you heard the statements
20   Mr. Wazne made and the questions the court asked him?
21          DEFENDANT:  Yes.
22          MR. SWOR:  And you understand you have a right to go
23   to trial more quickly than September 27?
24          DEFENDANT:  Yes.
25          MR. SWOR:  You realize that I propose to agree that
```

```
 1    the trial be set for September 27?
 2              DEFENDANT:  Yes.
 3              MR. SWOR:  And you agree to that and waive your right
 4    to go sooner?
 5              DEFENDANT:  Yes.
 6              MR. SWOR:  Yes, Judge.
 7              THE COURT:  That's it.  Thank you.
 8              MR. ELDER:  Mr. Haidar --
 9              DEFENDANT:  Daniel Haidar.
10              MR. ELDER:  Mr. Haidar, did you hear the questions
11    that the court asked the co-defendants before?
12              THE COURT:  Let's get his name on the record first if
13    you don't mind.
14              DEFENDANT:  Daniel Haidar.
15              THE COURT:  Thank you, Mr. Haidar.
16              MR. ELDER:  Mr. Haidar, did you hear the questions
17    that the court asked of your co-defendants?
18              DEFENDANT:  Yes.
19              MR. ELDER:  Do you have any questions regarding the
20    statements the court made of the co-defendants?
21              DEFENDANT:  No.
22              THE COURT:  Would your answers be the same in terms of
23    your speedy trial service?
24              DEFENDANT:  Yes.
25              THE COURT:  Okay.  Thank you.
```

```
 1                Mr. Hurford.
 2                DEFENDANT:  Bassem Farhat, your Honor.
 3                THE COURT:  Mr. Farhat.
 4                MR. HURFORD:  Mr. Farhat, do you understand that you
 5   have a right to go to trial faster than we're going to go to
 6   trial in this case?
 7                DEFENDANT:  Yes.
 8                MR. HURFORD:  And do you agree to waive that right so
 9   that we have additional time to work out a resolution with the
10   Government?
11                DEFENDANT:  Yes.
12                THE COURT:  Thank you.
13                Mr. Morgan.
14                MR. MORGAN:  Would you state your name for the court,
15   Mr. Abdallah?
16                DEFENDANT:  Hussein Abdallah.
17                MR. MORGAN:  Mr. Abdallah, you've been paying
18   attention here to what we're doing?
19                DEFENDANT:  Yes.
20                THE COURT:  And do you agree to waive your right to a
21   speedy trial?
22                DEFENDANT:  Yes, I do.
23                THE COURT:  Okay.  Thank you very much.
24                If there's nothing further, we'll adjourn.  Thank you
25   very much for coming over this morning.
```

```
 1          MR. PARTICKA:  Thank you, Judge.  And your case
 2  manager just asked.  I will prepare a stipulation for
 3  everyone's signature so that we have something written on the
 4  record.
 5          THE COURT:  Great.  Thank you.
 6          MR. MAKLED:  Thank you, your Honor.
 7          MR. SWOR:  Thank you.
 8          MR. HURFORD:  Thank you.
 9          MR. CORBETT:  Thank you.
10          MR. ELDER:  Thank you.
11          THE COURT:  Thank you.
12          THE CLERK:  We're adjourned.
13          (The proceedings were adjourned at 11:28 a.m.)
14                             -  -  -
15
16              CERTIFICATE OF COURT REPORTER
17
18       I, Sheila D. Rice, Official Court Reporter of the
19  United States District Court, Eastern District of Michigan,
20  certify that the foregoing is a correct transcript from the
21  record of proceedings in the above-entitled matter.
22
23                       s/Sheila D. Rice
                         Sheila D. Rice, CSR-4163, RPR, RMR
24                       Federal Official Court Reporter
25  Date:  06/17/2022
    Detroit, Michigan
```